UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Wojciech Rusek

    v.                                            C.A. No. 06-38ML

Joanne B. Barnhart, Commissioner
Social Security Administration

### O R D E R

This matter is hereby referred to Magistrate Judge David L. Martin for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:                                            BY ORDER:

_/s/ Mary M. Lisi_                            _/s/ Barbara Barletta_
Mary M. Lisi                                    Deputy Clerk
United States District Judge
April 6, 2006